NOTE: I AM being brought TO Delaware IN THE STATE of PENNSYLVANIA ON SEPT 13, 2020

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LAUREN WHATLEY
(Enter above the full name of the plaintiff in this action)

v.

EDNA MAHAN Correctional Facility, ADministrator SARA DAVIS, ADministrator Ms Heller, ADministrator ST Paul and all CEO's Cheif Executives

(Enter above the full name of the defendant or defendants in this action)

COMPLAINT

Civil Action No. _____
(To be supplied by the Clerk of the Court)

RECEIVED
SEP 03 2020
AT 8:30 ___ M
WILLIAM T. WALSH
CLERK

## INSTRUCTIONS -- READ CAREFULLY

1. This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2. In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3. You must provide the full name of each defendant or defendants and where they can be found.

4. You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5. Upon receipt of a fee of $350.00, your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

6. If you cannot prepay the $350.00 filing fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth below. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

   The Prison Litigation Reform Act of 1996 ("PLRA"), effective April 26, 1996, has made significant changes to the in forma pauperis statute, 28 U.S.C. § 1915. The statute no longer provides for waiver of court filing fees for prisoners who are granted leave to proceed in forma pauperis. A prisoner who is granted leave to proceed in forma pauperis is not required to pay the filing fees in advance, but the prisoner is obligated to pay the entire filing fee in installment payments regardless of the outcome of the proceeding. This obligation to pay the filing fee continues even if the prisoner is transferred to another prison. Therefore, before submitting this application to the Clerk of the Court, a prisoner should consider carefully whether he or she wishes to go forward with the action.

   The PLRA obligates prisoners who are granted in forma pauperis status to pay the entire filing fee in the following manner, regardless of the outcome of the litigation. 28 U.S.C. § 1915(b)(1) and (2). The agency having custody over the prisoner shall deduct from the prisoner's institutional account and forward to the Clerk of the Court (1) an initial partial filing fee equal to 20% of the greater of the average monthly deposits to the prisoner's account or the average monthly balance in the prisoner's account for the six-month period immediately preceding the filing of the complaint, and (2) payments equal to 20% of the preceding month's income credited to the prisoner's institutional account each month the amount in the account exceeds $10.00, until the $350.00 filing fee is paid. 28 U.S.C. § 1915(b)(1) and (2). However, a prisoner who has no assets and no means by which to pay the initial partial filing fee will not be prohibited from bringing a civil action. 28 U.S.C. § 1915(b)(4).

   Each prisoner plaintiff who desires to proceed in forma pauperis must submit the following to the Clerk of the Court:

   a. a completed, signed, and dated application to proceed in forma pauperis (attached hereto); and

   b. a certified copy of your prison account statement for the 6-month period immediately preceding submission of this application, listing the account balance and all deposits into the account. A prison account statement must be obtained from the appropriate official of each prison at which you are or were confined during the preceding 6 months.

7. If your application to proceed in forma pauperis does not conform to these instructions, you will be notified by letter of the nature of the deficiencies. If these deficiencies are not cured within 120 days of the date of the letter, the complaint will be deemed withdrawn, the Clerk's file will be closed, and no fees will be assessed against you.

8. If you are given permission to proceed in forma pauperis, the Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States

## FORM TO BE USED BY A PRISONER IN FILING A
## CIVIL RIGHTS COMPLAINT

Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

### QUESTIONS TO BE ANSWERED

1. Jurisdiction is asserted pursuant to (CHECK ONE)

    ✓  42 U.S.C. § 1983 (applies to state prisoners)

    ___ Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

    If you want to assert jurisdiction under different or additional statutes, list these below:

    _____

2. Previously Dismissed Federal Civil Actions or Appeals

    If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

    a. Parties to previous lawsuit:

       Plaintiff(s): _Lauren Whatley_

       Defendant(s): _Edna Mahan Correctional facility, Administrator Sara Davis, Administrator Ms. Keller, Administrator MR. ST Paul and all CEO or chief executive_

    b. Court and docket number: _____

    c. Grounds for dismissal: ( ) frivolous  ( ) malicious  ( ) failure to state a claim upon which relief may be granted

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

d. Approximate date of filing lawsuit: 8-08-2020

e. Approximate date of disposition: 8-18-2020

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3. Place of Present Confinement? Edna Mahan Correctional Facility

4. Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

a. Name of plaintiff: Lauren Whatley
   Address: PO box 4004 Clinton, NJ 08809

   Inmate #: 666520E

b. First defendant -- name: Edna Mahan Correctional Facility Sara Davis
   Official position: Lead Administrator
   Place of employment: Edna Mahan Correctional Facility

   How is this person involved in the case?
   (i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

   Fraud, Misrepresentation, gross Negligence, Tampering with evidence, Tampering with Legal mail, Mental & Emotional distress, Pain & Suffering, Cruel & Unusual Punishment, Hippa Vilation and Defamation & Slandder, Due Process 14th Amendment

4

# FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

c. Second defendant – name: Ms Kellee

Official position: 2nd Administrator

Place of employment: Edna Mahan Correctional Facility

How is this person involved in the case?
(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

Fraud Misrepresentation, gross Negligence, Tampering with evidence, Tampering with Legal mail, Mental & emotional distress, Pain & suffering Cruel & unusual punishment, Hippa violation, Defamation & slander Due Process 14th Amendment

d. If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

I contiued to take Proper steps By Filing grievances to Administration AND Special Investigating Division In Regards to several Assaults done to me By inmates, Admin Has Never addressed the situations. That caused me to Harm myself after Numerous cries For Help AND IN The event of self Harm I was Assaulted By Staff.

If your answer is "No," briefly explain why administrative remedies were not exhausted.

5

3. Defendant Name / Mr. ST Paul
Official Posistion / 3rd Administrator
Place of employment / Edna Mahan Correctional Facility

How is this Person involved in the case What are you Alleging this Person did or did not do that violated your constitutional Rights:

Fraud Misrepresentation, gross Negligence, Tampering with Evidence, Tampering with Legal mail, Mental & emotional distress, Pain & Suffering, Cruel & unusual Punishment, Hippa violation, Defamation, slander, Due Process 14th Amendment.

Note: that I was Refused to be sent out to Hospital for Rape Kit. Once Primary Doctor was aware of my condition I was sent out 5 days after my sexual assault, Administration instructed SID to then instruct the Clinical Personal At "Hunterdon Medical Center" to Not collect evidence regarding my sexual Assault And to Not Perform a Rape Kit, and to Not Take Pictures of The Bruises that were visible. I'm to be Discharged to Detainner in P.A. "Please send Further mail to Parole & Probation 1101 S. Front St. Harrisbrg, P.A. 17104, if you cannot mail it to P/O Box 4004. Clinton, NJ 08809" Before I Leave Sept 13, 2020"

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

On Jly 9th, 2020 I Reported being sexualy assaulted I was Refused the Right to Have a Rape examination Kit By SARAH DAVIS and Fellow Administrator's Mrs. Keller, and Mr. ST Paul. Because of this I Had a incident of self Harm this same day around 3:00 pm. I asked to place a Call to my Private Attorney and was denied my Right to counsel which violated my 14th Admendment Right to due Process. During several other attempts to Harm myself I was drugg outside Naked in the Rain In Front of civilians and male officers exposing my Breast & genital Area. I Had male sgts all over my Naked body & also Male officers, I was subjected to essesive Force By the sgts & officers, once Administraters SARAH DAVIS & Above Administrators Learned what else Happened They gave me disciplinary charges Keeping me secluded in a cell 24/Hrs a day without Recieving daily fresh air excersise. Admin Refuses To send my Legal mail out, and give me my incoming Legal. They Have Refused to let me Have my Court order Phones calls w/ my Children. Administrators Have gave the sgts that engage with daily the impression to treat me Poorly By telling Them things that are not true. As I'm a Thug, I'm assaultive & agoressive which Has Harmed my Reputation. These THings are done to Deflect off the Abuse I suffered from, that Admin Refuses To talk now also. I I Ask that person. Mr Line contacted I Have Vet. To speak

FORM TO BE USED BY A PRISONER IN FILING A
CIVIL RIGHTS COMPLAINT

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

I call For These Administrators To Resign, There Needs To Be proper protocol & procedures To Handle inmates especially Female inmates, inmates that are Mental Health. I seek Punitive Damages As well For my Personal injuries And Also correction staff should Have to wear Body Camera at all times, And No Male officer should be Allowed To Deal w/ Female inmates when A event Requires The inmate Being Nude.

8. Do you request a jury or non-jury trial? (Check only one)

(✓) Jury Trial          ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __18th__ day of __August__, 20__20__.

_____
Signature of plaintiff[1]

---

[1] EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT.

7

Lauren Whatley
PO Box 4004
Clinton, NJ 08¹

CERTIFIED MAIL
7019 1640 0000 6829 4799

United States district Court
For the district of New Jersey
402 E. State ST
Trenton, NJ 08608

$007.05